Opinion issued March 15, 2007




 








In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-06-01118-CR

____________


IN RE DANIEL JAMES SIXTA, Relator






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION

 Relator, Daniel James Sixta, filed in this Court a pro se petition for writ of
mandamus, asking that we order respondent (1) to "transmit a copy of the application
for writ of habeas corpus 11.09, any answers filed, and a certificate reciting the date
upon which such filing was made to the Court of Criminal appeals as directed in
Article 11.07 Section 3(c) of the Texas Code of Criminal Procedure and as requested
in relator's letter and pleading..." We deny the petition.

PER CURIAM

Panel consists of Chief Justice Radack, and Justices Jennings and Bland.

Do not publish. Tex. R. App. P. 47.2(b).
1. Respondent is Charles Bacarisse, Harris County District Clerk.